## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT, AND ARREST WARRANT

### BARRY ABDOULAYE
#### A/K/A JACQUEZA KIMIRY CAMPBELL

I, Special Agent R. Colin Bunker, being duly sworn, depose and state:

1. I am a Special Agent for the United States Department of State, Diplomatic Security Service, and have been so employed since November 2004. I am currently assigned to the Washington Field Office, Dunn Loring, Virginia. I am a graduate of the Federal Law Enforcement Training Center, Glynco, Georgia, having completed the Criminal Investigator Training Program. Furthermore, I am a graduate of the Diplomatic Security Service Training Center, Dunn Loring, Virginia, where I have received training in the investigation of passport fraud laws and related offenses.

2. The information in this affidavit is based on my personal knowledge of this case and upon information that has been provided to me by other law enforcement officials and government agencies. This affidavit is not intended to include each and every fact and matter known to the government.

3. This affidavit is submitted in support of a Criminal Complaint and Arrest Warrant for Barry ABDOULAYE, DOB: XXXXXX. Based on the facts set forth, there is probable cause to believe that Barry ABDOULAYE knowingly and unlawfully made false statements in an application for a United States passport, with the intent to secure issuance of such passport, in violation of Title 18, United States Code (USC), Section 1542, False Statements in Application for United States Passport. Specifically, your Affiant has obtained evidence that Barry ABDOULAYE, a/k/a Jacqueza Kimiry

CAMPBELL, knowingly submitted a falsified United States passport application by using a Social Security number that did not belong to him, a State of Georgia Birth Certificate that did not belong to him, and a State of New York Identity Card that was issued to him in a name other than his own name.

4. On May 19, 2005, a black male, 5'6" in height, weight 160 lbs. with black hair and brown eyes, later identified as Barry ABOULAYE, identifying himself as Jacqueza Kimiry CAMPBELL, executed, swore to the veracity of, and signed a DS-11, (Application for a United States Passport) at the Frederick Douglass Post Office, Washington, DC.  In support of his DS-11, the individual presented a photo, a State of New York Identity Card in the name of Jacqueza Kimiry CAMPBELL, #XXXXXXXX, issued on 05/16/2005.  The individual also presented a State of Georgia Birth Certificate XXXXXXX, issued on 07/29/2002, in the name of Jacqueza Kimiry CAMPBELL as proof of his identity.  On the DS-11 application, the applicant listed his date of birth as 10/09/1984, and his social security number as XXXXXXXX.  Additionally, the applicant listed his mailing address as XXXXXXXXXXXXXXXXX

5. The applicant presented a photo of himself along with the DS-11 in the name of Jacqueza Kimiry CAMPBELL.  He did this in the presence of Passport Acceptance Clerk, Leigh Marshall, who is authorized to accept such applications.  Ms. Marshall directed the applicant to read Box 23 and sign the application, swearing and affirming to the information on the DS-11.  Ms. Marshall also signed and stamped the DS-11 and forwarded it to the United States Department of State Washington Passport Agency in Washington, DC.  Passport Specialist Nicole Randall, reviewed the passport application, noticed several fraud indicators and forwarded the DS-11 to the Diplomatic Security

Service, Washington Field Office, for further investigation. The case was subsequently assigned to your Affiant.

6. Records checks in Autotrack revealed that a Drivers License is currently issued for Jacqueza Kimiry CAMPBELL, DOB XXXXXX in the State of Georgia. On 07/21/2005, your Affiant received a copy of the Drivers License photo for Jacqueza Kimiry CAMPBELL, DOB XXXXXXX from the Georgia Department of Motor Vehicles. The Drivers License photo does not match the photo of the DS-11 applicant. Criminal record checks in NCIC revealed that an arrest record for Jacqueza Kimiry CAMPBELL, DOB XXXXXX exists in Savannah, GA. On 07/21/2005, your Affiant received a copy of the arrest photo for Jacqueza Kimiry CAMPBELL, DOB XXXXXX from the Savannah-Chatham Police Department. The arrest photo again does not match the photo of the DS-11 applicant. However, the arrest photo for Jacqueza Kimiry CAMPBELL does match the Drivers License photo for Jacqueza Kimiry CAMPBELL.

7. Records checks in Autotrack indicated the business telephone number provided by the applicant on the DS-11 assigned to the National Wholesale Liquidators store in Washington, DC. On 07/07/2005, your Affiant interviewed Guy Constant, Store Manager of the National Wholesale Liquidators store in Washington DC. Mr. Constant stated that the individual in the DS-11 photo is presently employed at his store and has been for the previous three years. Mr. Constant identified the person in the photo as Barry ABDOULAYE. Criminal record checks in NCIC revealed that an arrest record exists for Barry ABDOULAYE, DOB 07/06/1979 in Savannah, GA. On 08/11/2005, SA Jason Kock received a copy of the arrest photo for Barry ABDOULAYE, DOB XXXXXX from the Savannah-Chatham Police Department. Your affiant has reviewed

the arrest photo for Barry ABDOULAYE and the photograph presented with the passport application. The photographs are of the same person.

10. Based on the information contained in this Affidavit, there is probable cause to believe that Barry ABDOULAYE, a/k/a Jacqueza Kimiry CAMPBELL, did knowingly and willfully make false statements in an application for a United States passport, by the use of a Social Security number, birth certificate, and an ID card that did not belong to him, with the intent to secure issuance of such passport, in violation of Title 18, USC, Section 1542, False Statements in the Application for a United States Passport.

_____     _____

United States Magistrate Judge          Special Agent R. Colin Bunker
                                        US Department of State
                                        Diplomatic Security Service

SUBSCRIBED AND SWORN TO
BEFORE ME THIS _____
OF_____, 2006.